UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JANE DOE

    v.                              Civil No.  3:11CV1617 (JBA)

JOHN J. McGOWAN, II

## **DEFAULT JUDGMENT**

    This action came on for consideration before the Honorable Janet Bond Arterton, U.S.D.J. and Honorable Joan G. Margolis, United States Magistrate Judge as a result of the plaintiff's motion to enter default judgment.

    On August 2, 2012, a default was entered against the defendant John J. McGowan, II. The Court has reviewed all of the papers in conjunction with the motion and on November 1, 2012, a Recommended Ruling entered granting the plaintiff's motion for default judgment, absent objection, in the amount of $350,000.00 to compensate plaintiff for her past, on-going and future medical care, and to serve as a punitive award of damages against the defendant McGowan. On November 30, 2012, after review the Recommended Ruling was approved, adopted and ratified by the Honorable Janet Bond Arterton, United States District Judge.

    Therefore, it is hereby **ORDERED** and **ADJUDGED** that judgment is entered in favor of the plaintiff against the defendant McGowan, for a total award of in the amount of $350,000.00 to compensate plaintiff for her past, on-going and future medical care, and to serve as a punitive award of damages against the defendant McGowan and the case is closed.

    Dated at New Haven, Connecticut :   December 3, 2012

                                                          ROBIN D. TABORA, Clerk

                                                          _____/s/_____
                                                            Betty J. Torday
                                                            Deputy Clerk

EOD__12/3/12__